# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Theresa Howard**, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | NO. 13-cv-00374 |
| | : | |
| v. | : | |
| | : | |
| **Philadelphia Housing Authority;** | : | |
| **Metropolitan Regional Council of** | : | |
| **Carpenters and Joiners of America, aka** | : | |
| **United Brotherhood of Carpenters &** | : | |
| **Joiners; Edward Coryell, Sr. (officially** | : | |
| **and individually); and Mark Durkalec** | : | |
| **(officially and individually)** | : | |
| | : | |
| Defendants. | : | |

## ORDER RE DENIAL OF DEFENDANTS' MOTIONS TO DISMISS THE SECOND AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM

**AND NOW**, this 24th day of October, 2013:

1. Upon consideration of Defendant Philadelphia Housing Authority's Motion to Dismiss (ECF 20) and Plaintiff's Response in Opposition to the Motion (ECF 32), it is hereby **ORDERED** that Defendant Philadelphia Housing Authority's Motion to Dismiss is **DENIED**.

2. Upon consideration of the Motion to Dismiss filed by Defendants Metropolitan Regional Council of Carpenters and Joiners of America, aka United Brotherhood of Carpenters & Joiners, Edward Coryell, Sr. (officially and individually), and Mark Durkalec (officially and individually) (ECF 25), and Plaintiff's Response in Opposition to the Motion (ECF 33), it is hereby **ORDERED** that Defendants' Motion to Dismiss is **GRANTED IN PART,** as to the Title VII claims against Edward Coryell, Sr., and Mark Durkalec in their individual capacities, and **DENIED IN PART** as to the remainder of the Motion.

**BY THE COURT:**

**/s/ Michael M. Baylson**

_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 13\13-374 howard v. PHA\13cv374 Order Denying PHA & Union Mot to Dimsiss 10.23.13.docx