IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHENECQUA BUTT, et al | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 09-4285 |
| | : | |
| UNITED BROTHERHOOD OF | : | |
| CARPENTERS & JOINERS OF | : | |
| AMERICA, et al | : | |

| | | |
|---|---|---|
| THERESA HOWARD | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 13-374 (consolidated with 09-4285) |
| | : | |
| METROPOLITAN REGIONAL | : | |
| COUNSEL OF CARPENERTS & | : | |
| JOINERS OF AMERICA, et al | : | |

## ORDER

**AND NOW** this 16th day of June, 2016, upon review of Defendants' Motions in Limine pertaining to the Center for Forensic Economic Studies "CFES" (Doc. 143) and all related responses and submissions, and for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that said Motion is **GRANTED.** Plaintiffs are precluded from offering the opinion evidence of CFES or the statistical data upon which it relies.

BY THE COURT:

/s/ David R. Strawbridge
**David R. Strawbridge**
**United States Magistrate Judge**