IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RYAN M. PADDICK | : | CIVIL ACTION |
|     Movant | : | |
|     v. | : | NO.: 09-4285 |
| | : | |
| SHENECQUA BUTT; THERESA HOWARD; and. | : | |
| ELLEN BRONSON, a/k/a ELLEN BROWN | : | |
|     Respondents | : | |

| | | |
|---|---|---|
| RYAN M. PADDICK | : | CIVIL ACTION |
|     Movant | : | |
| v. | : | NO.: 13-374 |
| | : | |
| THERESA HOWARD | : | |
|     Respondent | : | |

## ORDER

AND NOW, this 27th day of April, 2018, upon consideration of the Motions for Recognition and Enforcement of Lien filed by Ryan Paddick against his former clients Shenecqua Butt, Theresa Howard, and Ellen Brown (09-4285, Doc. 306 & 13-384, Doc. 117); the Motion for Recognition and Enforcement of Lien filed by Butt against Paddick and Tanya Mitchell (09-4285, Doc. 329); and the Motions for Recusal filed by Brown, Butt, and Howard (09-4285, Doc. 343 & 13-374, Doc. 152), and for the reasons set out in this Court's accompanying Memorandum and Opinion, **IT IS HEREBY ORDERED THAT**:

1. The Motion for Recusal is **DENIED**.

2. Paddick's Motion for Recognition and Enforcement of Lien is **GRANTED** and he is **AWARDED** the sum of **$54,562.73** for work done under the Contingency Fee Agreement. His claim to the amount of $13,757.50 for work under the Appellate Agreement is **DENIED**.

3.  Butt's Motion for Recognition and Enforcement of Lien is **DENIED** for lack of jurisdiction under 28 U.S.C. § 1367.

4.  As custodian of the escrow account pursuant to our December 28, 2017 Order (09-4285, Doc. 321 & 13-374, Doc. 132), Thompson **SHALL RELEASE** funds in accordance with this Order within 10 days from today's date.

BY THE COURT:

_/s/ David R. Strawbridge, USMJ_____
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE