IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**FILED**

| | | |
|---|---|---|
| RYAN M. PADDICK | JUN 1 8 2018 : | CIVIL ACTION |
| Movant | : | |
| v. | KATE BARKMAN, Clerk : | NO.: 09-4285 |
| | By _____ Dep. Clerk : | |
| SHENECQUA BUTT; THERESA HOWARD; and. | : | |
| ELLEN BRONSON, a/k/a ELLEN BROWN | : | |
| Respondents | : | |

| | | |
|---|---|---|
| RYAN M. PADDICK | : | CIVIL ACTION |
| Movant | : | |
| v. | : | NO.: 13-374 |
| | : | |
| THERESA HOWARD | : | |
| Respondent | : | |

**ORDER**

AND NOW, this 18th day of June, 2018, upon consideration of Sandra Thompson, Esq.'s

Motion to "(1) Stay execution pending appeal of the May 24, 2018 Order. . . pursuant to Fed. R.

Civ. P. 62 and (2) to approve superseadeas bond," (Doc. 370), Ryan Paddick, Esq.'s response

(Doc. 371), Shenecqua Butt's response (Doc. 374), Ellen Brown's response (Doc. 378), and

Thompson's reply thereto (Doc. 375), and for the reasons set out in our accompanying

Memorandum and Opinion, **IT IS HEREBY ORDERED THAT:**

1. Thompson's motion is **DENIED.**

2. Thompson shall disburse funds in her escrow account in accordance with our May 24,

   2018 order by **June 25, 2018**. (Doc. 369.)

BY THE COURT:

DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE